

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*  *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

June 12, 2012

BY ECF
Edward P. Ryan, Jr., Esq.
O'Connor & Ryan, P.C.
61 Academy Street
Fitchburg, MA 01420

    Re:  United States v. Marlon Guardado
         Criminal No. 12-40004-FDS

Dear Mr. Ryan:

    Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the government provides the following additional automatic discovery in the above-referenced case:

    Exculpatory Evidence Under Local Rule 116.2(B)(1)

    With respect to the government's obligation under Local Rule 116.2(B)(1) to produce "exculpatory evidence" as that term is defined in Local Rule 116.2(A), the government states as follows:

    A law enforcement witness whom the government anticipates calling in its case-in-chief, in the absence of a stipulation, has a criminal record.  The witness's involvement in Guardado's case was to assist in the processing of Guardado after arrest. The criminal history check indicates that twenty-three years ago the witness was charged with disturbing the peace and being a disorderly person, and the charge was continued without a finding and dismissed.  Twenty-two years ago the same witness was charged with shoplifting, and the charge was dismissed on payment of a fine.  Finally, twenty-one years ago the witness was charged with operation to end, and the charge was continued without a finding and dismissed.

    Given the age, nature and disposition of the charges and the witness's minor testimony in the case against Guardado, the

government is proposing that the information not be produced since it is unlikely a court would allow inquiry into any of the charges or underlying facts.  However, if you disagree and advise us of your disagreement, we will seek an order protecting the information from disclosure.

    Please call the undersigned Assistant U.S. Attorney at 508 368-0105 if you have any questions.

                                  Very truly yours,

                                  CARMEN M. ORTIZ
                                United States Attorney

                        By:  _/s/ David Hennessy___
                              David Hennessy
                              Assistant U.S. Attorney

cc:   Steve York
      Clerk to the Honorable Jennifer C. Boal